# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ELMER DWAYNE GUINN,**  **PLAINTIFF**
**ADC #150488**

**v.**     **NO. 5:15CV00332 JLH/BD**

**ARKANSAS DEPARTMENT OF**
**CORRECTION, et al.**     **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Guinn's claims against the Defendants Arkansas Department of Correction and Jackson are DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE