IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ELMER DWAYNE GUINN,**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #150488**

V.　　　　　　CASE NO. 5:15CV00332 JLH/BD

**ARKANSAS DEPARTMENT OF**
**CORRECTION, et al.**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Elmer Wayne Guinn's timely objections and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Guinn's lawsuit is DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ J. Leon Holmes_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE