# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ELMER DWAYNE GUINN,**                                              **PLAINTIFF**
**ADC #150488**

**V.**          **CASE NO. 5:15CV00332 JLH/BD**

**ARKANSAS DEPARTMENT OF**
**CORRECTION, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 21st day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE